# IN THE SUPREME COURT OF THE STATE OF NEVADA

MARVIN MORAN,
                    Appellant,
            vs.
THE STATE OF NEVADA,
                    Respondent.

No. 77608

FILED

DEC 2 0 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
        DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a purported district court order dismissing a civil rights complaint and denying a status check on request for judicial notice. Eighth Judicial District Court, Clark County; Douglas Smith, Judge.

This court's review of this appeal reveals a jurisdictional defect. Specifically, no statute or court rule permits an appeal from the dismissal of a civil rights complaint in a criminal matter and from an order denying a status check on request for judicial notice. *Castillo v. State*, 106 Nev. 349, 792 P.2d 1133 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____ *Pickering* , J.
            Pickering

_____ J.                    _____ , J.
Gibbons                                    Hardesty

18-909786

cc:    Hon. Douglas Smith, District Judge
Marvin Moran
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

